# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | *WARRANT FOR ARREST* |
| v. | |
| PU NE KWA VIELLE | 2:21-CR-00330-BLW |

To: The United States Marshal
and any Authorized United States Officer

**RECEIVED**
By United States Marshal Service at 8:25 pm, Dec 21, 2021

YOU ARE HEREBY COMMANDED to arrest **PU NE KWA VIELLE** and bring forthwith to the nearest magistrate judge to answer **INDICTMENT** charging with the below listed violation.

18 U.S.C § 922(g)(1) UNLAWFUL POSSESSION OF A FIREARM

United States Courts
District of Idaho
**ISSUED**
Laura McInnes
on Dec 21, 2021 3:39 pm

Date   12/21/2021

---

### RETURN

This warrant was received _21 Dec 21_ and executed with the arrest of the above-name individual at _LAPWAI, IDAHO_.

Signature of Arresting Officer

_24 MAR 22_
Date of Arrest

Baxley, Paul L.
Name & Title of Arresting Officer